IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PATRICK LAMONT KING                                                          PLAINTIFF

VS.                                                 CIVIL ACTION NO. 1:13–CV–483–KS–MTP

RODERICK EVANS, et al.                                                     DEFENDANTS

## JUDGMENT

Plaintiff's claims against the Defendant Roderick Evans came before this Court for a jury trial on January 14, 2014. The jury returned a unanimous verdict in favor of the Defendant.

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiff recover nothing from the Defendant Roderick Evans and that this action is dismissed with prejudice.

**The plaintiff is hereby notified that, pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, he has the right to appeal this order to the United States Court of Appeals for the Fifth Circuit within thirty (30) days of the entry of this final judgment.**

SO ORDERED AND ADJUDGED this the 16th day of January, 2014.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE